IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 JUN -1 PM 4:08

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

UNITED STATES OF AMERICA,

VS.                                          NO. 03-20102-Ma/V

SHYRETTE JOHNSON,

    Defendant.

---

### ORDER OF REFERENCE

---

Before the court is defendant's May 27, 2005, motion for bond review.

This matter is hereby referred to the magistrate judge for a hearing and determination.

IT IS SO ORDERED this 1st day of June, 2005.

                SAMUEL H. MAYS, JR.
                UNITED STATES DISTRICT JUDGE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 40 in case 2:03-CR-20102 was distributed by fax, mail, or direct printing on June 8, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Diane Vescovo
US DISTRICT COURT