IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN -9 PM 3: 38

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

---

UNITED STATES OF AMERICA,

VS.                                          NO. 03-20102-Ma

SHYRETTE JOHNSON,

    Defendant.

---

ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING
AND ORDER EXCLUDING TIME

---

Before the court is the June 3, 2005, motion by Shyrette Johnson, to reset the hearing on the motion to suppress which is presently set on June 22, 2005. Counsel for the government does not oppose the resetting. For good cause shown, the motion is granted. The hearing on the motion to suppress is **reset** to **Thursday, July 14, 2005, at 2:00 p.m.**

The trial of this matter is continued to August 1, 2005, at 9:30 a.m. with a report date of July 22, 2005, at 2:00 p.m.

The period from June 17, 2005, through August 12, 2005, is excluded under 18 U.S.C. § 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

It is so ORDERED this 8th day of June, 2005.

                                SAMUEL H. MAYS, JR.
                                UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet In compliance
with Rule 55 and/or 32(b) FRCrP on 6-14-05

43

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 43 in case 2:03-CR-20102 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Honorable Diane Vescovo
US DISTRICT COURT