IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,

VS.  NO. 03-20102-Ma

SHYRETTE JOHNSON,

      Defendant.

## ORDER GRANTING MOTION TO CONTINUE SUPPRESSION HEARING

Before the court is the government's July 12, 2005, motion to reset the hearing on the motion to suppress which was set on July 14, 2005. Counsel for the defendant does not oppose the resetting. For good cause shown, the motion is granted. The hearing on the motion to suppress is **reset** to **Monday, August 1, 2005, at 10:00 a.m.**

It is so ORDERED this 13th day of July, 2005.

                    SAMUEL H. MAYS, JR.
                    UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-15-05



# Notice of Distribution

This notice confirms a copy of the document docketed as number 52 in case 2:03-CR-20102 was distributed by fax, mail, or direct printing on July 15, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT