UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

FILED BY ___ D.C.

05 SEP 27 PM 1:47

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦.

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. No. <u>03-20102-Ma</u> |
| vs. ) | |
| ) | |
| SHYRETTE JOHNSON ) | |

<u>APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM</u>

<u>V. Rae Oliver, AUSA</u> applies to the Court for a Writ to have <u>Shyrette Johnson-R&I No.</u> <u>240660 and State I.D. #284507</u> now being detained in the <u>Tennessee Department of Correction-</u> <u>Luttrell</u>, appear before <u>Judge Samuel H. Mays</u> on <u>28th, October, 2005,</u> at <u>9:30 a.m.</u> for a <u>Report</u> <u>Date Hearing</u> and for such other appearances as this Court may direct.

Respectfully submitted this <u>26th</u> day of <u>September, 2005</u>.

_____
V. RAE OLIVER
Assistant U. S. Attorney

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application,

DAVID JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN

SHERIFF/WARDEN, <u>Mark Luttrell</u>

YOU ARE HEREBY COMMANDED to have <u>Shyrette Johnson-R&I #240660 and State I.D. #284507</u> appear before the Honorable <u>Judge Mays</u> at the date and time aforementioned.

ENTERED this 26th day of September, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on ___9-27-05___



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 60 in case 2:03-CR-20102 was distributed by fax, mail, or direct printing on September 27, 2005 to the parties listed.

---

Randolph W. Alden
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Valeria Rae Oliver
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT